**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:                                                  Case No.: 17-14795
WALDRON, JOHN MICHAEL                                   Chapter 7
                                                        Judge: Jerrold N. Poslusny, Jr.

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse
401 Market Street, Second Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on May 23, 2017 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4C  (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| **Description of property** | **FMV** | **Liens on property** | **Amount of equity claimed as exempt** |
|---|---|---|---|
| 482-484 Jarvis Road, Sicklerville, NJ 08081 | $154,000.00 | $199,987.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:            /s/ Thomas J. Subranni
Address:         1624 Pacific Avenue, Atlantic City, NJ 08401
Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-14795-JNP
John Michael Waldron                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1           Date Rcvd: Apr 21, 2017
                              Form ID: pdf905       Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2017.
```
db            +John Michael Waldron,    484 Jarvis Road,    Sicklerville, NJ 08081-2126
516695882     +American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
516695883     +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516695884     +Central Credit Services,    PO box 1880,    Saint Charles, MO 63302-1880
516695886    ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
              (address filed with court: Forster Garbus & Garbus,    60 Motor Parkway,    Commack, NY 11725)
516695887     +Hayt Hayt & Landau LLC,    Two Industrial Way West - PO Box 500,    Eatontown, NJ 07724-0500
516695889     +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
516695890     +Nationwide Credit,    PO Box 26314,    Lehigh Valley, PA 18002-6314
516695892    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 283,
                Trenton, NJ 08695)
516695893     +Suntrust Bank,    1001 Semmes Ave,    Richmond, VA 23224-2245
516695894     +THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516695895     +Turnersville Preowned Sales and Service,    2800 Rt 42,    Sicklerville, NJ 08081-4059
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 21 2017 23:16:19     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 21 2017 23:16:14     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516695885      E-mail/Text: mrdiscen@discover.com Apr 21 2017 23:15:12     Discover,    PO Box 15316,
                 Wilmington, DE 19850
516695888      E-mail/Text: cio.bncmail@irs.gov Apr 21 2017 23:15:43     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
516695891     +E-mail/PDF: clerical@simmassociates.com Apr 21 2017 23:19:14     Simm Associates,
                 800 Pencade Dr,    Newark, DE 19702-3354
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert H. Johnson    on behalf of Debtor John Michael Waldron ecfmail@rhjlaw.com
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
               ons.com;hinnaurato@subranni.com
              Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
               ons.com;hinnaurato@subranni.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```